```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  DAVID M. PORTER, Bar #127024
    Assistant Federal Defender
 3  801 "I" Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorneys for Petitioner
    ROBERT D. McDANIEL
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT D. McDANIEL,               )<br>                                   )<br>             Petitioner,          )<br>                                   )<br>        v.                        )<br>                                   )<br> T. FELKER, Warden, et al.,       )<br>                                   )<br>             Respondents.         )<br>_____) | No. CIV S-06-2140 LKK GGH<br><br>PROPOSED ORDER |

Pursuant to this Motion for Substitution of Counsel and for the reasons stated therein, IT IS HEREBY ORDERED that Eric Weaver, Esq., shall be substituted in as counsel for Petitioner in place of the Office of the Federal Defender for the Eastern District of California.

Dated: 11/14/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
United States Magistrate Judge

mcda2140.sub