**OFFICE OF THE FEDERAL DEFENDER**
EASTERN DISTRICT OF CALIFORNIA
801 I STREET, 3rd FLOOR
SACRAMENTO, CALIFORNIA 95814

*Daniel J. Broderick*
*Federal Defender*

*(916) 498-5700  Fax: (916) 498-5710*

*Linda Harter*
*Chief Assistant Defender*

December 22, 2006

**FILED**

DEC 2 2 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Mr. Eric Weaver
Attorney at Law
P.O. Box 6294
Albany, CA 94706

    Re:   **McDaniel v. Felker, Warden**
         Cr.S-06-2140-GGH

Dear Mr. Weaver:

       This will confirm your appointment as counsel by the Honorable Gregory G. Hollows, U.S. Magistrate Judge, to represent the above-named petitioner. You are attorney of record until such time as you are relieved or other action is taken to appoint a different attorney.

       Enclosed is CJA 20 form, your Order of Appointment and Voucher for services rendered. Also enclosed is an instruction sheet discussing the use of the forms, together with sample forms for reporting court time. This will also provide a uniformity in the way attorneys report their time and services rendered.

       If we may be of any further assistance regarding the processing of the enclosed form, preparation of form CJA 21 for expert services, or in reference to any other matter pertaining to this case, please feel free to call upon us at any time.

                Very truly yours,

                CYNTHIA L. COMPTON
                CJA Panel Administrator

:clc
Enclosures

cc:   Clerk's Office

# CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | | | VOUCHER NUMBER |
|---|---|---|---|---|
| CAE | McDaniel, Robert D. | | | |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| | 2:06-002140-001 | | |

| 7. IN CASE/MATTER OF (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE (See Instructions) |
|---|---|---|---|
| McDaniel v. Felker, Warde | Other | Adult Defendant | Habeas Corpus |

**11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section)** If more than one offense, list (up to five) major offenses charged, according to severity of offense.

| 12. ATTORNEY'S NAME (First Name, M.I., Last Name, including any suffix) AND MAILING ADDRESS | 13. COURT ORDER |
|---|---|
| WEAVER, ERIC<br>P.O. BOX 6294<br>ALBANY CA 94706<br><br>Telephone Number: (510) 524-2355 | ☒ O Appointing Counsel ☐ C Co-Counsel<br>☐ F Subs For Federal Defender ☐ R Subs For Retained Attorney<br>☐ P Subs For Panel Attorney ☐ Y Standby Counsel<br>Prior Attorney's Name: ____<br>Appointment Date: ____<br>☐ Because the above-named person represented has testified under oath or has otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in this case, or<br>☐ Other (See Instructions) |
| **14. NAME AND MAILING ADDRESS OF LAW FIRM (only provide per instructions)** | GREGORY G. HOLLOWS<br>Signature of Presiding Judicial Officer or By Order of the Court<br>11/06/2006<br>Date of Order — Nunc Pro Tunc Date<br>Repayment or partial repayment ordered from the person represented for this service at time of appointment. ☐ YES ☐ NO |

| | CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH ADJUSTED HOURS | MATH/TECH ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|---|
| **15.** | a. Arraignment and/or Plea | | | | | |
| | b. Bail and Detention Hearings | | | | | |
| | c. Motion Hearings | | | | | |
| I n | d. Trial | | | | | |
| C o u r t | e. Sentencing Hearings | | | | | |
| | f. Revocation Hearings | | | | | |
| | g. Appeals Court | | | | | |
| | h. Other (Specify on additional sheets) | | | | | |
| | (Rate per hour = $ 92 ) **TOTALS:** | | | | | |
| **16.** | a. Interviews and Conferences | | | | | |
| O u t | b. Obtaining and reviewing records | | | | | |
| o f | c. Legal research and brief writing | | | | | |
| C o u r t | d. Travel time | | | | | |
| | e. Investigative and Other work (Specify on additional sheets) | | | | | |
| | (Rate per hour = $ 92 ) **TOTALS:** | | | | | |
| **17.** | Travel Expenses (lodging, parking, meals, mileage, etc.) | | | | | |
| **18.** | Other Expenses (other than expert, transcripts, etc.) | | | | | |

| 19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE<br>FROM ____ TO ____ | 20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION | 21. CASE DISPOSITION |
|---|---|---|

**22. CLAIM STATUS** ☐ Final Payment ☐ Interim Payment Number ____ ☐ Supplemental Payment
Have you previously applied to the court for compensation and/or reimbursement for this case? ☐ YES ☐ NO If yes, were you paid? ☐ YES ☐ NO
Other than from the court, have you, or to your knowledge has anyone else, received payment (compensation or anything or value) from any other source in connection with this representation? ☐ YES ☐ NO If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.

Signature of Attorney: ____   Date: ____

| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR / CERT |
|---|---|---|---|---|

| 28. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER | | DATE | 28a. JUDGE / MAG. JUDGE CODE |
|---|---|---|---|

| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED |
|---|---|---|---|---|

| 34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) Payment approved in excess of the statutory threshold amount. | | DATE | 34a. JUDGE CODE |
|---|---|---|---|

1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   DAVID M. PORTER, Bar #127024
    Assistant Federal Defender
3   801 "I" Street, 3rd Floor
    Sacramento, California 95814
4   Telephone:  (916) 498-5700

5   Attorneys for Petitioner
    ROBERT D. McDANIEL
6

7
                  IN THE UNITED STATES DISTRICT COURT
8
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10

11  ROBERT D. McDANIEL,              )
                                     )      No. CIV S-06-2140 LKK GGH
12                  Petitioner,      )
                                     )
13            v.                     )
                                     )      PROPOSED ORDER
14  T. FELKER, Warden, et al.,       )
                                     )
15                  Respondents.     )
                                     )
16  ─────────────────────────────────

17       Pursuant to this Motion for Substitution of Counsel and for the

18  reasons stated therein, IT IS HEREBY ORDERED that Eric Weaver, Esq.,

19  shall be substituted in as counsel for Petitioner in place of the Office

20  of the Federal Defender for the Eastern District of California.

21  Dated: 11/14/06
                                     /s/ Gregory G. Hollows
22
                                     GREGORY G. HOLLOWS
23                                   United States Magistrate Judge

24  mcda2140.sub

25

26

27

28