ERIC WEAVER
Cal. Bar No. 115208
Post Office Box 6294
Albany, California 94706
Telephone: (510) 524-2355
Fax: (510) 527-1450
Email: eweaver829@aol.com

Attorney for Petitioner
ROBERT M. McDANIEL

BILL LOCKYER
Attorney General of the State of California
MARY JO GRAVES
Chief Assistant Attorney General
MICHAEL P. FARRELL
Senior Assistant Attorney General
STEPHEN G. HERNDON
Supervising Deputy Attorney General
MAUREEN A. DALY
Deputy Attorney General
State Bar No. 78753
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5165
 Fax: (916) 324-2960

Attorneys for Respondents

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ROBERT D. McDANIEL,<br><br>                    Petitioner,<br><br>          v.<br><br>T. FELKER, Warden, et al.,<br><br>                    Respondents. | No. CIV S-06-2140-LKK-GGH-P<br><br>**STIPULATION OF THE PARTIES TO DISMISS PETITION WITHOUT PREJUDICE AND WAIVER OF TIMELINESS DEFENSE.** |

          Come now Petitioner Robert D. McDaniel, his appointed counsel Eric Weaver, and T.

STIPULATION OF THE PARTIES TO DISMISS PETITION WITHOUT PREJUDICE AND WAIVER OF TIMELINESS DEFENSE.                                                                PAGE   1

1   Felker by and through is Counsel, Maureen Daily, and stipulate as follows;

2       1.      Petitioner's petition in Case No. CIV S-06-2140-LKK-GGH-P shall be dismissed

3   without prejudice as prematurely filed.

4       2.      Respondent affirmatively agrees on his own behalf and on behalf of any subsequent

5   custodian of Petitioner McDaniel, that so long as petitioner McDaniel files a new habeas federal

6   petition within with one year after his appeal in pending Court of Appeal Case No. C052221

7   becomes final (in the event that the decision of the Court of Appeal is favorable to McDaniel) or within

8   one year after the denial of his petition for review to the California Supreme Court becomes final,

9   respondent and his successors will affirmatively waive any timeliness objection to all claims presented in

10  his current Federal Petition (Case No. Civ. S.-06-2140-LKK-GGH.)

11

12      Date:   December 5, 2006         By_____/s/_____
                                         Robert D. McDaniel
13  _____     Petitioner

14
        Date: November 28, 2006          By_____
15  _____     Eric Weaver
                                         Attorney for Petitioner
16                                       Robert D. McDaniel

17

18
        Date: December 18, 2006          By_____
19                                       Maureen Daly on Behalf of
                                         T. Felker
20

21

22

23

24

25

26

27

28
STIPULATION OF THE PARTIES TO DISMISS PETITION WITHOUT PREJUDICE AND WAIVER OF TIMELINESS
DEFENSE.                                                                    PAGE   2

1

2  ITS IS SO ORDERED:

3

Date: 1/3/07                          /s/ Gregory G. Hollows

4                                     U.S. Magistrate Judge

5

6  mcda2140.stp

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28